

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GUY WRIGHT | CIVIL ACTION |
| VERSUS | NO. 04-1356 |
| WINN-DIXIE LOGISTICS, INC. | SECTION "K"(1) |

Having received the Notice of Bankruptcy Proceedings (Rec.Doc.10) filed by defendant Winn-Dixie Logistics, Inc., the Court has been informed that defendant has filed a voluntary petition, commencing a bankruptcy case. The claims in this action against the defendant cannot be pursued at this time as a result of the pending bankruptcy proceedings.

**IT IS ORDERED** that the Clerk of Court mark this action **CLOSED** for statistical purposes. It is incumbent upon plaintiff's counsel to move to reopen this matter when the matter can be adjudicated.

New Orleans, Louisiana, this 7th day of March, 2005.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

___ Fee_____
___ Process_____
X  /Dktd_____
V  CtRmDep_____
___ Doc. No_____